UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON RICHARD GOLUB,
ESQUIRE, P.C. et ano,

      Plaintiffs,

-v-

TIMOTHY BLUM et ano,

      Defendants.

---

23-cv-10102 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On January 2, 2024, defendants, Timothy Blum and Blum & Poe, LLC, moved to dismiss the First Amended Complaint in its entirety. See ECF No. 18. For the reasons stated from the bench, the breach of contract and account stated claims are dismissed with prejudice, and the motion to dismiss the quantum meruit claim against defendant Blum & Poe, LLC is denied. The Court reserves ruling on whether the quantum meruit claim will be dismissed against Mr. Blum because the First Amended Complaint fails to adequately plead alter ego liability. The Court will issue an opinion on the alter ego issue by Friday, March 15, 2024.

    SO ORDERED.

New York, NY
March 4, 2024

                          JED S. RAKOFF, U.S.D.J.