UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON RICHARD GOLUB, ESQUIRE, P.C. et ano, <br><br> Plaintiffs, <br><br> -v- <br><br> TIMOTHY BLUM et ano, <br><br> Defendants. | 23-cv-10102 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

On January 2, 2024, defendants, Timothy Blum and Blum & Poe, LLC, moved to dismiss the First Amended Complaint in its entirety. See ECF No. 18. On March 4, 2024, the Court dismissed the breach of contract and account stated claims with prejudice but denied the motion to dismiss the quantum meruit claim against defendant Blum & Poe, LLC. The Court reserved ruling on whether to dismiss the quantum meruit claim against Mr. Blum. Upon consideration of the parties' written submissions and oral argument, the Court hereby dismisses the quantum meruit claim against Mr. Blum. An opinion explaining the reasoning for this decision will follow in due course.

The Clerk of Court is respectfully directed to close docket entry numbers 11, 12, and 18 on the docket.

SO ORDERED.

New York, NY
March 15, 2024

_____
JED S. RAKOFF, U.S.D.J.

1