UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON RICHARD GOLUB,
ESQUIRE, P.C. et ano,

    Plaintiffs,

-v-

TIMOTHY BLUM et ano,

    Defendants.

---

23-cv-10102 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    On June 8, 2024, plaintiffs, Aaron Richard Golub, Esq. and Aaron Richard Golub, Esquire, P.C., and defendant, Blum & Poe LLC, filed motions to compel. See ECF No. 32; ECF No. 33. Upon consideration of the parties' written submissions, the Court grants defendant's motion to compel in its entirety and grants plaintiffs' motion to compel documents responsive to requests numbers 1-9, 13, 20, 22-23. Plaintiffs' motion to compel is denied in all other respects.

    The Clerk of Court is respectfully directed to close docket entry numbers 32 and 35.

    SO ORDERED.

New York, NY
June 13, 2024

                                                JED S. RAKOFF, U.S.D.J.